# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-80041 |
| Michael E. Sweitzer<br>Leslie Sweitzer | Chapter 13 |
| Debtors. | Judge Marvin Isgur |

### REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Home Point Financial Corporation
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: February 26, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on February 26, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John Ernest Smith, Debtors' Counsel
    attysmithnotices@yahoo.com

    William E. Heitkamp, Chapter 13 Trustee
    heitkamp@ch13hou.com

    Office of the United States Trustee
    ustpregion07.hu.ecf@usdoj.gov

I further certify that on February 26, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Michael E. Sweitzer, Debtor
    3101 Macoma Ave
    Pearland, TX 77581

    Leslie Sweitzer, Debtor
    3101 Macoma Ave
    Pearland, TX 77581

                                          /s/ D. Anthony Sottile
                                          D. Anthony Sottile
                                          Authorized Agent for Creditor
                                          Sottile & Barile, LLC
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com