B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re Michael E. Sweitzer / Leslie Sweitzer,    Case No. 19-80041

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707
Phone: 855.998.3056
Last Four Digits of Acct #: 0307

Court Claim # (if known): 7-2
Amount of Claim: $179,427.00
Date Claim Filed: 11/27/2019

Phone: 855.998.3056
Last Four Digits of Acct. #: 0307

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707
Phone: 855.998.3056
Last Four Digits of Acct #: 0307

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile    Date: 11/01/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.