**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael E. Sweitzer |
| Debtor 2 (Spouse, if filing) | Leslie Sweitzer |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 19-80041 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 0 7

**Date of payment change:** Must be at least 21 days after date of this notice: 03/01/2023

**New total payment:** Principal, interest, and escrow, if any: $ 2,007.30

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

   Current escrow payment: $ 1,177.74    New escrow payment: $ 1,202.08

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: ____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1 __Michael E. Sweitzer__
         First Name   Middle Name   Last Name

Case number (*if known*) __19-80041__

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/ D. Anthony Sottile__
Signature

Date __02/02/2023__

Print: __D. Anthony Sottile__
       First Name   Middle Name   Last Name

Title __Authorized Agent for Creditor__

Company __Sottile & Barile, LLC__

Address __394 Wards Corner Road, Suite 180__
        Number       Street
__Loveland__                   __OH__   __45140__
City                           State    ZIP Code

Contact phone __513-444-4100__

Email __bankruptcy@sottileandbarile.com__

Official Form 410S1    Notice of Mortgage Payment Change    page **2**

# homepoint

RETURN SERVICE ONLY
Please do not send mail to this address
PO BOX 100081, Duluth, GA 30096-9377

MICHAEL E SWEITZER
3101 MACOMA AVE
PEARLAND TX 77581-1731

**Contact Us**

| | | |
|---|---|---|
| | Customer Service: | 855-998-3056 |
| | Property Tax: | 833-405-1437 |
| | Property Insurance: | 833-811-3064 |

NMLS #7706

Correspondence Address: PO BOX 100077
Duluth, GA 30096-9377

www.homepointfinancial.com

Loan Number: 
Property Address: 3101 MACOMA AVE
PEARLAND TX 77581
Statement Date: 01/06/23

**Why am I receiving this statement?**

You are receiving this statement because we have completed an analysis of your escrow account. Your escrow account is the account that we use to pay property costs, such as property taxes, homeowners insurance, and mortgage insurance. At least once a year, we are required to analyze your escrow account to ensure your monthly payment is sufficient to pay your escrowed property costs.

**Based on our review, you have a surplus of $2,842.28.**

**Your payment may be changing, please see the chart below for more information.**

This means that we expect to have too much in your escrow account over the next 12 months to pay your escrowed property costs. We are refunding the excess funds that we expect to have in the form of a check at the bottom of this page. This surplus was caused by changes in your taxes, insurance, or escrow deposits. Your Escrow Account History shows the most recent transactions on your account. Your Escrow Account Projections show anticipated payments over the next 12 months.

## Your Mortgage Payment Options

| | Current Monthly Payment | New Monthly Payment beginning on 3/1/2023 |
|---|---|---|
| Principal & Interest: | $805.22 | $805.22 |
| Escrow Payment: | $1,177.74 | $1,202.08 |
| **Total Payment:** | **$1,982.96** | **$2,007.30*** |

*If your mortgage payments are set up on an auto-draft, we will automatically adjust your payment for you.
**If you have an adjustable rate mortgage (ARM), we will send a separate notice to you before your payment is scheduled to change.

Due to the status of your mortgage loan, we are unable to disburse your overage from your escrow account at this time.

## Your Escrow Account History

The following statement displays actual activity as it occurred in your escrow account from July 2022 to February 2023.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $0.00 | -$1,698.34 |
| Jul 22 | | $2,688.37 * | | | | $0.00 | $990.03 |
| Oct 22 | | -$1,358.88 * | | | | $0.00 | -$368.85 |
| Dec 22 | | $5,166.21 * | PROPERTY TAX | | -$8,427.00 * | $0.00 | -$3,629.64 |
| Dec 22 | | | PROPERTY TAX | | -$1,170.31 * | $0.00 | -$4,799.95 |
| Dec 22 | | | HAZARD INS | | -$2,503.54 * | $0.00 | -$7,303.49 |
| Jan 23 | | $11,777.40 *E | HAZARD INS | | -$2,324.00 *E | $0.00 | $2,149.91 E |
| Feb 23 | | $1,177.74 *E | | | E | $0.00 | $3,327.65 E |

Account balance as of February 2023: $3,327.65

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
**An 'E' indicates anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

During the history period of July 2022 to February 2023

| | |
|---|---|
| Total Escrow Payments Received: | $19,450.84 |
| Total Escrow Disbursements: | -$14,424.85 |
| Interest on Escrow Deposited to your Account: | $0.00 |

Internet Reprint

## Your Escrow Account Projections

### Projected Escrow Summary

|  | Anticipated Annual Disbursement |  |  |  | New Monthly Escrow Payment |
|---|---|---|---|---|---|
| Property Tax*: | $9,597.31 | ÷ | 12 | = | $799.78 |
| Hazard Insurance*: | $4,827.54 | ÷ | 12 | = | $402.30 |
| Total: | $14,424.85 | ÷ | 12 | = | $1,202.07 |

*These amounts are based on any escrow items that may have been paid in the past and any future payments that we expect to make.

The following summary shows projected activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | Monthly Escrow Payment | Amount Estimated to be Paid | Description | Projected Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
|  |  |  | Beginning Balance | $3,327.65 | $3,606.11 |
| Mar 23 | $1,202.08 |  |  | $4,529.73 | $4,808.19 |
| Apr 23 | $1,202.08 |  |  | $5,731.81 | $6,010.27 |
| May 23 | $1,202.08 |  |  | $6,933.89 | $7,212.35 |
| Jun 23 | $1,202.08 |  |  | $8,135.97 | $8,414.43 |
| Jul 23 | $1,202.08 |  |  | $9,338.05 | $9,616.51 |
| Aug 23 | $1,202.08 |  |  | $10,540.13 | $10,818.59 |
| Sep 23 | $1,202.08 |  |  | $11,742.21 | $12,020.67 |
| Oct 23 | $1,202.08 |  |  | $12,944.29 | $13,222.75 |
| Nov 23 | $1,202.08 |  |  | $14,146.37 | $14,424.83 |
| Dec 23 | $1,202.08 | -$8,427.00 | PROPERTY TAX | $6,921.45 | $7,199.91 |
| Dec 23 |  | -$1,170.31 | PROPERTY TAX | $5,751.14 | $6,029.60 |
| Jan 24 | $1,202.08 | -$2,503.54 | HAZARD INS | $4,449.68 | $4,728.14 |
| **Jan 24** |  | **-$2,324.00** | **HAZARD INS** | **$2,125.68** | **$2,404.14** |
| Feb 24 | $1,202.08 |  |  | $3,327.76 | $3,606.22 |

Here is how we calculated your surplus based on the highlighted line above:

|  | Projected Low Balance | $2,125.68 |
|---|---|---|
| - | Required Minimum Balance | $2,404.14 |

Your required minimum balance for the next 12 months is $2,404.14, which equals a reserve of 2 month escrow deposit. Federal law allows us to include a minimum balance cash reserve to help cover any increases in your property costs. In order to reach this low point, your required escrow balance after your February payment should be $3,606.11, while your actual escrow balance is estimated to be $3,327.65. The difference, $2,842.28, represents an escrow surplus and will be refunded to you.

Please remember, as your taxes and/or insurance change, the escrow portion of your payment may change. If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 855-998-3056.

## Additional Information

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR BOULEVARD, SUITE 201, AUSTIN TX  78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Notice regarding Bankruptcy:**  If you are a debtor involved in a bankruptcy proceeding, this statement has been sent to you merely for informational purposes and should be disregarded as an attempt to collect the debt (unless your mortgage is subject to an in rem order).
The amount stated may not accurately reflect the debt owed.

**Information for Servicemembers and their dependents:**  Servicemembers Civil Relief Act – The SCRA may offer protection or relief to military members who have been called to active duty.  If either you have been  called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service  at 855-998-3056.

**Successor in Interest:**   A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies.  If you are a successor in interest, or you think you might be, please contact us by phone, mail or email to start the confirmation process.

**HUD Counseling Notice:**  For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/find-a-housing-counselor or obtain no-cost assistance by contacting the Department of Housing and Urban Development at www.hudgov/offices/hsg/sfh/hcc/hcs.cfmor by calling 1-800-569-4287.

**ACH Debit Borrowers:** You have previously authorized Home Point Financial Corporation, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Home Point Financial Corporation, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Home Point Financial Corporation, at least three (3) business days prior to your next scheduled debit.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-80041 |
| Michael E. Sweitzer<br>Leslie Sweitzer | Chapter 13 |
| Debtors. | Judge Jeffrey P. Norman |

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John Ernest Smith, Debtors' Counsel
    attysmithnotices@yahoo.com

    William E. Heitkamp, Chapter 13 Trustee
    heitkamp@ch13hou.com

    Office of the United States Trustee
    Ustpregion07.hu.ecf@usdoj.gov

I further certify that on February 2, 2023, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Michael E. Sweitzer, Debtor
    Leslie Sweitzer, Debtor
    3101 Macoma Ave.
    Pearland, TX 77581

| | |
|---|---|
| Dated: February 2, 2023 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |